# EXHIBIT B

## Contact

www.linkedin.com/in/luke-kohan-657934b8 (LinkedIn)

## Top Skills

Microsoft Word
Microsoft Office
PowerPoint

## Languages

English
Spanish

# Luke Kohan

Co-Founder, FirmKey
New York, New York, United States

## Experience

**FirmKey Solutions**
Co-Founder
April 2023 - Present (2 months)
New York City Metropolitan Area

Connecting businesses with our network of trusted accounting consultants.

**Paro.ai**
2 years 6 months

Senior Account Executive (Outbound 3)
April 2022 - March 2023 (1 year)

Senior Account Executive (Outbound 2)
July 2021 - April 2022 (10 months)
New York City Metropolitan Area

Senior Account Executive (Outbound 1)
October 2020 - July 2021 (10 months)
New York City Metropolitan Area

**Groupon**
4 years 1 month

Business Development Director (Things To Do and Leisure Team)
April 2018 - February 2020 (1 year 11 months)
Greater Chicago Area

Business Development Manager (Things To Do and Leisure Team)
April 2017 - March 2018 (1 year)
Greater Chicago Area

Business Development Representative (Things To Do and Leisure Team)
June 2016 - March 2017 (10 months)
Greater Chicago Area

Business Development (Training Program)
February 2016 - May 2016 (4 months)

Greater Chicago Area

---

## Education

Miami University

Bachelor's degree, Department of Psychology · (2011 - 2015)

Half Hollow Hills High School West
 · (2011)