# EXHIBIT C

 **Luke Kohan • 2nd**
Co-Founder, FirmKey
1h • 🌐

 **+ Connect**

I am incredibly excited to announce the official launch of FirmKey Solutions, where accounting & convenience intersect!

For boutique accounting firms and independent consultants, FirmKey serves as an extension of your business development team. We are creating new engagement opportunities and fostering long-term client relationships without the exorbitant costs and time-consuming training of traditional in-house business development teams. When it comes to prospecting and sourcing new opportunities, we are meticulous - solely targeting industries, services, and nuanced projects that align with our partners' respective backgrounds, interests, and bandwidth.

For companies in need of accounting / consulting support, our experts span a wide range of industries and provide multiple levels of support including CFO, Controller, FP&A, CPA (Tax & Audit), ERP Implementation, and Bookkeeping. FirmKey offers our clients:

(A) on-demand access to our vetted coalition of specialists

(B) flexible project-based or ongoing fractional engagements

(C) a far more cost-effective, reliable, and rapid means of engaging with qualified, US-based accountants and consultants.

Shoot me an email if you're interested in learning more, would love to hear from you! Luke@firmkeysolutions.com

#accounting #consulting