# EXHIBIT E

**From:** Werner, Julie Levinson <jwerner@lowenstein.com>
**Sent:** Monday, May 22, 2023 5:21 PM
**To:** Rosenberg, Sonya <srosenberg@nge.com>
**Subject:** RE: Luke Kohan/Paro

Are you available to discuss?

**Julie Levinson Werner**
Partner
Lowenstein Sandler LLP

T: (212) 419-5864
M: (908) 723-4241

3




**From:** Rosenberg, Sonya <srosenberg@nge.com>
**Sent:** Monday, May 22, 2023 5:18 PM
**To:** Werner, Julie Levinson <jwerner@lowenstein.com>
**Subject:** RE: Luke Kohan/Paro
**Importance:** High

Julie,

The minor, cosmetic changes to the website that Luke has made do not alleviate – they serve only to underscore – Paro's serious concerns. Your client's point that the FirmKey website is somehow intended to attract a different client base than Paro's, using different kinds of resources, does not land. A side-by-side comparison of Paro's site and your client's/FirmKey's copycat site makes clear that FirmKey purports to *compete directly* with Paro, with respect to the types of services offered and the target clients. In this regard, Kohan is in direct violation of his non-compete. I reiterate the demand made in our initial cease and desist letter from last week: Luke must **immediately shut down the FirmKey Solutions site**, and comply with his restrictive covenants as stated. This is a highly sensitive and urgent matter. Please communicate Paro's restated cease & desist demand to Luke/FirmKey, and provide his response by end of day tomorrow, May 23, 2023. For the avoidance of doubt, the Company reserves all rights and your client has been instructed to preserve and not destroy all relevant records (including the prior the current versions of the FirmKey Solutions site).

Thanks,
Sonya


**Sonya Rosenberg**
Partner
Neal, Gerber & Eisenberg LLP



**p:** 312.827.1076 | **f:** 312.980.0740 | **e:** srosenberg@nge.com
*Pronouns: she/her/hers*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**From:** Werner, Julie Levinson <jwerner@lowenstein.com>
**Sent:** Monday, May 22, 2023 10:05 AM
**To:** Rosenberg, Sonya <srosenberg@nge.com>
**Cc:** Land, Cora <cland@nge.com>
**Subject:** RE: Luke Kohan/Paro


**CAUTION EXTERNAL EMAIL**

CONFIDENTIAL FOR SETTLEMENT PURPOSES ONLY – INADMISSIBLE AS EVIDENCE

Sure, happy to speak later if you'd like

Changes were made to the website right away to account for the difference in the target audience and client base

As we discussed, but I don't see noted in your email below, the client base for Paro and Firmkey is very different.

My understanding is that Paro provides individual staffing resources to accounting firms while Firmkey offers individuals and teams as a fractional resource to private companies

"Offering finance and accounting services" in and of itself is unreasonably overbroad when the nature of the work and the customer base is entirely different

Happy to talk later when you'd like.


**Julie Levinson Werner**
Partner
Lowenstein Sandler LLP

T: (212) 419-5864
M: (908) 723-4241

  



---

**From:** Rosenberg, Sonya <srosenberg@nge.com>
**Sent:** Monday, May 22, 2023 10:43 AM
**To:** Werner, Julie Levinson <jwerner@lowenstein.com>
**Cc:** Land, Cora <cland@nge.com>
**Subject:** RE: Luke Kohan/Paro
**Importance:** High

Hi, Julie,

Let's move our call to later this afternoon or tomorrow a.m.  Please let me know what works best for you.  In the meantime, could you please let me know what edits/updates, if any, your client has made to his firmkeysolutions.com website and his LinkedIn?  I'm not sure I'm seeing a significant difference, if any… To be sure:  Offering finance & accounting services to businesses is what Paro does.  That's what Paro's website clearly markets.  Offering finance & accounting services is what your client is primarily marketing on his FirmKey Solutions website.  Again, he needs to stop doing that immediately, as this activity is in direct breach of his non-compete.  Could you please discuss with your client and get back to me.

Thanks,
Sonya


**Sonya Rosenberg**

Partner
Neal, Gerber & Eisenberg LLP



**p:** 312.827.1076 | **f:** 312.980.0740 | **e:** srosenberg@nge.com
*Pronouns: she/her/hers*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**From:** Werner, Julie Levinson <jwerner@lowenstein.com>
**Sent:** Wednesday, May 17, 2023 3:50 PM
**To:** Rosenberg, Sonya <srosenberg@nge.com>
**Cc:** Land, Cora <cland@nge.com>
**Subject:** RE: Luke Kohan/Paro

**CAUTION EXTERNAL EMAIL**

9 Central/10 EST is good for me.  I will call you at 312.827.1076

**Julie Levinson Werner**
Partner
Lowenstein Sandler LLP

T: (212) 419-5864
M: (908) 723-4241

  



**From:** Rosenberg, Sonya <srosenberg@nge.com>
**Sent:** Wednesday, May 17, 2023 4:44 PM
**To:** Werner, Julie Levinson <jwerner@lowenstein.com>
**Cc:** Land, Cora <cland@nge.com>
**Subject:** RE: Luke Kohan/Paro

Hi, Julie,

I am currently open between 8:30 a.m. and 9:30 a.m., and between 10:30 a.m. and 11:30 a.m. (CST) on Friday morning.

What's best for you?

Thanks,
Sonya


**Sonya Rosenberg**
Partner
Neal, Gerber & Eisenberg LLP



**p:** 312.827.1076 | **f:** 312.980.0740 | **e:** srosenberg@nge.com
*Pronouns: she/her/hers*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**From:** Werner, Julie Levinson <jwerner@lowenstein.com>
**Sent:** Wednesday, May 17, 2023 2:08 PM
**To:** Rosenberg, Sonya <srosenberg@nge.com>
**Subject:** Luke Kohan/Paro

**CAUTION EXTERNAL EMAIL**

Hello, we were just retained to represent Luke Kohan and I am writing to acknowledge your May 15 letter. Are you available to discuss this week? How is Friday? Thanks.

**Julie Levinson Werner**
Partner
Lowenstein Sandler LLP

T: (212) 419-5864
M: (908) 723-4241

  



This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

This message contains confidential information, intended only for the person(s) named above, which may also be

privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.