# EXHIBIT G



May 30, 2023

Sonya Rosenberg
Attorney at Law

Tel 312.827.1076
Fax 312.980.0740
srosenberg@nge.com

**VIA E-MAIL**

Julie Levinson Werner
Lowenstein Sandler LLP
jwerner@lowenstein.com

Re: Luke Kohan's Post-Employment Obligations to Paro

Dear Julie:

Thank you for giving me some time to connect with my client, Admiin Inc. d/b/a Paro Inc. ("Paro" or the "Company"), following our call last week regarding the cease & desist demand letter sent to your clients Luke Kohan and FirmKey Solutions on May 15, 2023.

I have confirmed with Paro that a business meeting between Mr. Kohan and the Company would not be productive at this time, as the Company's position is a firm and clear one, and it will not change. Simply put: Paro expects, and requires, Mr. Kohan to fully comply with the post-employment obligations set forth in his Non-Competition, Non-Solicitation, Non-Disclosure and Invention Assignment Agreement (the "Employment Agreement"), including the Confidential Information, Non-Competition, Notification of New Employer, and Non-Solicitation covenants contained in Sections 2, 4, 6 and 7 therein, in accordance with the Employment Agreement's complete terms. For the avoidance of doubt: Paro is not willing to, and will not, waive Mr. Kohan's post-employment obligations contained in his Employment Agreement. Further, Paro will continue to monitor Mr. Kohan's activities, and reserves all rights to protect its business interests as appropriate, including by filing legal action and seeking injunctive and other relief against Mr. Kohan (and FirmKey Solutions and/or other parties, if/as appropriate), should he breach his Employment Agreement. In that regard, and given that this matter may end up in litigation, please remind Mr. Kohan of the legal hold instructions contained in my May 15th letter.

We appreciate Mr. Kohan's anticipated cooperation in this serious matter. Please do not hesitate to contact me should you have any further questions.

Very truly yours,

NEAL, GERBER & EISENBERG LLC

*/s/ Sonya Rosenberg*

35279301.1