# EXHIBIT H

PageVault

| | |
|---|---|
| Document title: | FirmKey Solutions – Accounting Services |
| Capture URL: | https://firmkeysolutions.com/ |
| Page loaded at (UTC): | Fri, 23 Jun 2023 19:18:07 GMT |
| Capture timestamp (UTC): | Fri, 23 Jun 2023 19:23:53 GMT |
| Capture tool: | 10.22.3 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | jxq2rH7rv61eNu8fUgaf1y |
| User: | nge-bmrkvicka |

PDF REFERENCE #:  wKtySS4qbuJCSgQVJhsgFh

Become a FirmKey Partner

## SUMMARY OF SERVICES

**CFO**
Strategic Financial Leadership
Capital Raising
IPO
Process Optimization

**Technical Accounting**
US GAAP & ASC (606 / 842)
Internal Control Testing
Department Oversight
Accounting Processes

**Audit**
Assurance & Attestation
10Q Filing & 10K Reporting
Audit Preparation
Coaching & 3rd Party Liaison

**Tax**
Preparation & Review
Planning & Strategy
Nexus & SALT
ERC - Calculation & Filing

**FP&A**
Financial Modeling & Analysis
Financial Reporting & Dashboard
Cashflow Management
Budgeting & Forecasting

**ERP Implementation**
QuickBooks, Xero, Gusto
NetSuite
SAP Products
MS Dynamics

**Transaction Advisory**
Buy & Sell-Side Due Diligence
Quality of Earnings Reporting
Opening Balance Sheet Preparation
Pre & Post Integration Support

**Bookkeeping**
Full Charge Bookkeeping
Chart of Accounts / General Ledger
Sales Tax
Payroll