# EXHIBIT I



June 26, 2023

Sonya Rosenberg
Attorney at Law

Tel 312.827.1076
Fax 312.980.0740
srosenberg@nge.com

<u>VIA E-MAIL</u>

Julie Levinson Werner
Lowenstein Sandler LLP
jwerner@lowenstein.com

    Re:    Luke Kohan/FirmKey Solutions
            Final Cease & Desist Demand

Dear Julie:

    This letter is being sent in follow-up to the correspondence I sent you on May 15, 2023 and May 30, 2023, as a final pre-litigation demand that your client, Luke Kohan, immediately take down his website, firmkeysolutions.com, and immediately cease and desist from further violations of the restrictive covenants contained in his Employment Agreement. If you no longer represent Mr. Kohan or FirmKey Solutions, please let me know immediately.

    Although Mr. Kohan had initially stopped operating the FirmKey Solutions website, we recently learned that the website is back up and that Mr. Kohan apparently is continuing to engage in marketing and other activities in blatant violation of his Employment Agreement. That is not well-taken, and cannot continue. For the avoidance of doubt, unless, by end of day tomorrow, <u>June 27, 2023</u>, Mr. Kohan takes down the website and confirms back through a sworn certification that, effective immediately, he will be in full compliance with the post-employment obligations of his Employment Agreement in accordance with that Agreement's express terms, Paro will take appropriate legal action to protect its business interests.

    We appreciate your and your client's attention to this serious matter. Please do not hesitate to contact me should you have any questions.

Very truly yours,

NEAL, GERBER & EISENBERG LLP

<u>/s/ Sonya Rosenberg</u>

35363672.3