# EXHIBIT J

*PageVault*

| | |
|---|---|
| Document title: | FirmKey Solutions – Accounting Services |
| Capture URL: | https://firmkeysolutions.com/ |
| Page loaded at (UTC): | Mon, 10 Jul 2023 13:42:24 GMT |
| Capture timestamp (UTC): | Mon, 10 Jul 2023 13:45:11 GMT |
| Capture tool: | 10.24.3 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 7 |
| Capture ID: | fxrruUHy36KgJM7Xehyd1E |
| User: | nge-bmrkvicka |

PDF REFERENCE #:      1CtKS9RbDN5ZgiqsH4NLGo







Document title: FirmKey Solutions – Accounting Services
Capture URL: https://firmkeysolutions.com/
Capture timestamp (UTC): Mon, 10 Jul 2023 13:45:11 GMT

SCROLL DOWN SCROLL DOWN

Document title: FirmKey Solutions – Accounting Services
Capture URL: https://firmkeysolutions.com/
Capture timestamp (UTC): Mon, 10 Jul 2023 13:45:11 GMT
Page 3 of 6






Document title: FirmKey Solutions – Accounting Services
Capture URL: https://firmkeysolutions.com/
Capture timestamp (UTC): Mon, 10 Jul 2023 13:45:11 GMT

Page 5 of 6

FirmKey Solutions

## SUMMARY OF SERVICES

 **CFO**
Strategic Financial Leadership
Capital Raising
IPO
Process Optimization

 **Technical Accounting**
US GAAP & ASC (606 / 842)
Internal Control Testing
Department Oversight
Accounting Processes

 **Audit**
Assurance & Attestation
10Q Filing & 10K Reporting
Audit Preparation Coaching & 3rd Party Liaison

**Tax**
Preparation & Review
Planning & Strategy
Nexus & SALT
ERC - Calculation & Filing

 **FP&A**
Financial Modeling & Analysis
Financial Reporting & Dashboard
Cashflow Management
Budgeting & Forecasting

 **ERP Implementation**
QuickBooks, Xero, Gusto
NetSuite
SAP Products
MS Dynamics

 **Transaction Advisory**
Buy & Sell-Side Due Diligence
Quality of Earnings Reporting
Opening Balance Sheet Preparation
Pre & Post Integration Support

 **Bookkeeping**
Full Charge Bookkeeping
Chart of Accounts / General Ledger
Sales Tax
Payroll

# Where Accounting & Convenience Intersect.

 Get started    Explore features

