# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **ADMIIN INC. d/b/a PARO INC.,** ) | |
| **A Delaware Corporation,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 1:23-cv-4430 |
| ) | |
| v. ) | |
| ) | |
| **LUKE KOHAN an individual,** ) | |
| **and FIRMKEY SOLUTIONS LLC,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF ADMIIN INC. d/b/a PARO INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiff Admiin Inc. d/b/a Paro Inc. ("Admiin") by and through its attorneys, certifies that Admiin is a C-Corp that has no parent company and no entity has 5.0% or more ownership interest in Admiin. Admiin owns 100% of Paro Marketplace LLC and Paro Compliance Services LLC.

Dated: July 10, 2023

Respectfully submitted,

**ADMIIN INC. d/b/a PARO INC.**

By: /s/ *Chad W. Moeller*
One of Its Attorneys

Chad W. Moeller (cmoeller@nge.com)
Sonya Rosenberg (srosenberg@nge.com)
Collette A. Woghiren (cwoghiren@nge.com)
NEAL GERBER & EISENBERG LLP
2 N. LaSalle St., Suite 2200
Chicago, Illinois 60602
(312) 269-8000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that she served a copy of the foregoing Plaintiff's Corporate Disclosure on:

Julie Levinson Werner
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York 10020
jwerner@lowenstein.com

Luke Kohan
FirmKey Solutions LLC
5 Hamlet Drive
Commack, NY 11725
Lukekohan5@gmail.com

FirmKey Solutions LLC
5 Hamlet Drive
Commack, NY 11725

by email, FedEx Overnight and messenger on this 10th day of July, 2023.

/s/ *Collette A. Woghiren*
One of the Attorneys for Admiin Inc. d/b/a Paro Inc.