## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Admiin Inc.

                    Plaintiff,

v.                                          Case No.: 1:23−cv−04430
                                            Honorable Franklin U. Valderrama

Luke Kohan, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 11, 2023:

      MINUTE Entry before the Honorable Franklin U. Valderrama: The Court sets an in−person hearing on Plaintiff's Emergency Rule 65 Motion for Temporary Restraining Order and Preliminary Injunction [7] and Motion for Expedited Discovery [9] for 07/17/2023 at 1:30 p.m. Additionally, Defendants' response to Plaintiff's Emergency Rule 65 Motion for Temporary Restraining Order and Preliminary Injunction [7], if any, is due by 07/14/2023 at 10:00 a.m. Finally, the Court directs Plaintiff&#0;39;s counsel to e−mail a copy of this minute entry to Defendants and Defendants' counsel by 07/11/2023 at 11:59 p.m. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.