## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Admiin Inc. d/b/a Paro Inc. v. Luke Kohan, et al.

Case Number: 1:23-cv-04430

An appearance is hereby filed by the undersigned as attorney for:
Defendants Luke Kohan and FirmKey Solutions LLC

Attorney name (type or print): Thomas G. Pasternak

Firm: Akerman LLP

Street address: 71 South Wacker Drive, 46th Floor

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6207512
(See item 3 in instructions)

Telephone Number: (312) 634-5700

Email Address: thomas.pasternak@akerman.com

Are you acting as lead counsel in this case? ✓ Yes ☐ No

Are you acting as local counsel in this case? ✓ Yes ☐ No

Are you a member of the court's trial bar? ✓ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ✓ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/14/2023

Attorney signature: S/ Thomas G. Pasternak

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015