IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADMIIN INC. d/b/a PARO INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:23-cv-04430 |
| v. | ) ) ) |
| LUKE KOHAN an individual, and FIRMKEY SOLUTIONS LLC, a Minnesota limited liability company, | ) ) ) ) |
| Defendants. | ) |

**DECLARATION OF LUKE KOHAN IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING
ORDER AND PRELIMINARY INJUNCTION**

I, Luke Kohan, submit this Declaration in Support of Defendants' Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. I, Luke Kohan under penalty of perjury, and pursuant to 28 U.S.C. §1746, declare as follows.

1. I am a co-founder and co-owner of FirmKey Solutions LLC, and I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

2. Paro and FirmKey identify, market, and operate differently and are therefore not competitors.

3. Paro is an artificial intelligence-powered marketplace that delivers finance and accounting solutions to businesses and public accounting firms through a combination of expert fractional talent, data-driven tools, and guiding insights via its proprietary AI-powered platform.

4. My employment consisted of two business lines. The first was selling value in leveraging Paro's artificial intelligence and proprietary matchmaking algorithm to match

71589692;1

**EXHIBIT A**

- 2 -

companies with the platform's accounting and finance freelancers. (the "Outbound Direct" team, which no longer exists.) The second was providing staff augmentation resources (1099 and W2) to public accounting firms.

5. This is far different from FirmKey's business. FirmKey is an agency conducting business development on behalf of its small group of independent, boutique accounting teams ("Vendors"). I and FirmKey secure engagement opportunities for our Vendors that meticulously align with our Vendors' industry experiences and technical specialties.

6. Paro and FirmKey are very different. Paro sells its proprietary AI marketplace while FirmKey operates on pen, paper, people, and phones and basic CRM technology platforms. Paro provides 1099/W2 staff augmentation for public accounting firms, FirmKey connects companies in need of an accounting team with FirmKey's Vendors. Paro's sales org is predominantly 'Inbound' (i.e., companies and firms submit their interest). I and FirmKey are entirely 'Outbound' (i.e., cold calling, emailing, and selling to secure opportunities).

**7.** What FirmKey offers could not possibly be done at Paro, as the services that FirmKey provides no longer exist at Paro (formerly known as OUTBOUND DIRECT.). The only options Paro offers are staff augmentation or inbound direct sales, in which the latter prohibits one from creating new leads, cold calling, cold emailing, and which is the antithesis of FirmKey's offerings to its prospective clients and Vendors.

8. Neither I nor my company have any Paro trade secrets or confidential information.

9. Neither I nor my company are soliciting any of Paro's clients.

10. If the Court grants a TRO here for 14 days, I could suffer a loss of business of $30,000.00 for bond and if the Court grants a preliminary injunction, depending on the length, I would suffer an attendant loss of business.

- 3 -

I understand that the following statements in this Declaration are made subject to the penalties of 28 U.S.C. §1746.

*Luke Kohan*
_____
**Luke Kohan**

71589692;1