# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Admiin Inc.
                Plaintiff,

v.                                             Case No.: 1:23−cv−04430
                                                             Honorable Franklin U. Valderrama

Luke Kohan, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 14, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court clarifies that the in−person hearing scheduled for 07/17/2023 at 1:30 p.m. is a hearing for oral argument on Plaintiff's motion for temporary restraining order, and is not an evidentiary hearing. Following the Court's written resolution of the temporary restraining order, the Court will discuss the motion for preliminary injunction with the parties. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.