## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Admiin Inc.
                Plaintiff,

v.                                                            Case No.: 1:23−cv−04430
                                                            Honorable Franklin U. Valderrama

Luke Kohan, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 17, 2023:

        MINUTE entry before the Honorable Franklin U. Valderrama: In−person hearing on Plaintiff's emergency motion for temporary restraining order held. All parties appeared. The Court will issue its written ruling by 07/19/2023. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.