**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ADMIIN INC. d/b/a PARO INC.,** | ) | |
| **a Delaware Corporation,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:23-cv-04430** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LUKE KOHAN an individual,** | ) | |
| **and FIRMKEY SOLUTIONS LLC,** | ) | |
| **a Minnesota limited liability company,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING DEFENDANTS' POWERPOINT PRESENTATION**

To the Court, Plaintiff and their Counsel of Record:

Please take notice that at the Court's direction, Defendants are filing the PowerPoint presentation presented in the Temporary Restraining Order hearing held on July 17, 2023. The PowerPoint presentation is attached hereto and incorporated herein as **Exhibit 1**.

Date: July 18, 2023

Respectfully submitted,

/s/ *Thomas G. Pasternak*
Thomas G. Pasternak
Akerman LLP
71 South Wacker Drive
46th Floor
Chicago, IL 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900

Attorneys for Defendants,
*Luke Kohan and*
*FirmKey Solutions LLC*

71698638;1

## CERTIFICATE OF SERVICE

I certify that on July 14, 2023 I filed a true and correct copy of the foregoing **NOTICE OF FILING DEFENDANTS' POWERPOINT PRESENTATION** with the court using the ECF system, which will provide notice and a copy to counsel of record:

Chad W. Moeller
Sonya Rosenberg
Collette A. Woghiren
NEAL GERBER & EISENBERG LLP
2 N. LaSalle St., Suite 2200
Chicago, IL 60602
cmoeller@nge.com
srosenger@nge.com
cwoghiren@nge.com

/s/ *Thomas G. Pasternak*
Thomas G. Pasternak

71698638;1