## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Admiin Inc.
                Plaintiff,

v.                                                      Case No.: 1:23–cv–04430
                                                      Honorable Franklin U. Valderrama

Luke Kohan, et al.
                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 27, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' joint status report and adopts the proposed discovery schedule from the parties: (1) discovery propounded by 08/01/2023; (2) discovery responses due by 08/24/2023; (3) expedited discovery to close on 09/22/2023. Each party is limited to 25 requests for production, 15 interrogatories, and 10 requests to admit per party. Plaintiff and Defendants are each limited to a total of three (3) depositions. The Court sets the preliminary injunction hearing for 10/11/2023, beginning at 10:00 a.m., and 10/12/2023 beginning at 9:30 a.m., in Courtroom 1941. Plaintiff and Defendants are limited to three (3) witnesses in their respective cases in chief, in addition to any rebuttal witnesses. Defendants answer or responsive pleading due by 08/11/2023. The deadline for amendments to the pleadings is 11/09/2023. The Court refers expedited discovery supervision (including resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters to Magistrate Judge Weisman. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.