**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Admiin Inc.
                Plaintiff,

v.                                      Case No.: 1:23–cv–04430
                                            Honorable Franklin U. Valderrama

Luke Kohan, et al.
                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable M. David Weisman for the purpose of holding proceedings related to: discovery supervision of remaining discovery (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters. Mailed notice. (kp, )

Dated: July 27, 2023

                                                                       /s/ Franklin U. Valderrama

                                                                       United States District Judge