# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Admiin Inc.
                Plaintiff,

v.                                           Case No.: 1:23–cv–04430
                                                Honorable Franklin U. Valderrama

Luke Kohan, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 31, 2023:

      MINUTE entry before the Honorable M. David Weisman: This case has been referred to Magistrate Judge Weisman for the purposes of discovery supervision of remaining discovery (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters. Initial status hearing scheduled for 8/7/23 at 9:15 a.m. Prior to the status hearing, the Court specifically requests that counsel consult the Court's standing order. If the parties believe the case is ready for a settlement conference, counsel should have available dates for a settlement conference for all necessary parties in advance of the status hearing, and to the extent possible, consult with opposing counsel in an attempt to identify mutually convenient and feasible dates for the settlement conference. Judge Weisman generally conducts settlement conferences Tuesdays, Wednesdays, Thursdays, and Fridays at either 10:30 a.m. to 12:30 p.m. or 2:00 p.m. to 4:00 p.m. Other dates and times may be available as required by the Court or the parties. If the parties do not wish to set a settlement conference at this time, the parties should be prepared to discuss discovery scheduling and related issues. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.