## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Admiin Inc.
                        Plaintiff,

v.                                                         Case No.: 1:23−cv−04430
                                                          Honorable Franklin U. Valderrama

Luke Kohan, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 7, 2023:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. Parties discussed status of ongoing expedited discovery. See ECF [19]. Parties propounded written discovery requests by the 8/1/23 deadline. Parties agree to respond to the propounded requests by the 8/24/23 deadline. Parties agree that 9/22/23 remains a viable end date for expedited discovery. Accordingly, the Court ordered any written discovery− related motions to be filed by 9/1/23 at 5:00 p.m. Parties must fully comply with Local Rule 37.2 before filing any motions. The Court will set an expedited briefing schedule and hearing dates for any motions, as needed. Status hearing scheduled for 9/20/23 at 9:15 a.m. Joint status report to be filed by 9/18/23, addressing: any discovery related issues that require Court involvement. If the parties raise no issues for the Court to address, the status hearing will likely be stricken. Parties have had some discussions regarding settlement but are not interested in a settlement conference at present. Parties may jointly contact Courtroom Deputy, Alyssia Owens, if they wish to engage in a settlement conference. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.