# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ADMIIN INC., d/b/a PARO, INC., a Delaware Corporation, | Case No. 1:23-cv-04430 |
| Plaintiff, | Judge Franklin U. Valderrama |
| v. | Magistrate Judge M. David Weisman |
| LUKE KOHAN, an individual, and FIRMKEY SOLUTIONS, LLC, a Minnesota limited liability company, | |
| Defendants. | |

## STIPULATION REGARDING FILING OF
## MOTIONS TO COMPEL

With the Court's permission, the parties stipulate that the motions to compel, which are currently due on September 1, 2023 shall now be due on **September 5, 2023**.

Defendant's lead counsel has to travel to attend a funeral over the next few days.

**So Stipulated.**

Dated: August 30, 2023                                Respectfully submitted,


/s/   *Chad W. Moeller*                              /s/   *Thomas G. Pasternak*
Chad W. Moeller                                       Thomas g. Pasternak
Sonya Rosenberg                                       Akerman LLP
Collette A. Woghiren                                  71 South Wacker Drive, 46th FL.
NEAL GERBER & EISENBERG LLP                           Chicago, IL 60606
2 N. LaSalle St., Suite 2200                          Tel:  (312) 634-5700
Chicago, IL 60602                                     thomas.pasternak@akerman.com
cmoeller@nge.com
srosenger@nge.com
cwoghiren@nge.com

72459429;3