# GROUP EXHIBIT A

-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADMIIN INC. d/b/a PARO INC., A Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:23-cv-04430 |
| v. | ) ) | Judge Franklin U. Valderrama |
| LUKE KOHAN an individual, and FIRMKEY SOLUTIONS LLC, | ) ) ) ) | Magistrate Judge M. David Weisman |
| Defendants. | ) | |

**DEFENDANT FIRMKEY SOLUTIONS LLC'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION TO DEFENDANT FIRMKEY SOLUTIONS LLC**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, and the Order of the Honorable Franklin Valderrama dated July 27, 2023, FirmKey Solutions, LLC ("FirmKey") provides the following responses to Plaintiff's First Set of Document Requests.

**GENERAL OBJECTIONS**

1. FirmKey objects to providing information covered by either the attorney work product or attorney client privileges.

2. FirmKey objects to doing anything not required by the Federal Rules of Civil Procedures.

**II. REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

1. All documents identified in your answers to Paro's First Set of Interrogatories directed at FirmKey or relied upon in answering Paro's First Set of Interrogatories directed at FirmKey.

-1-

72389577;1

**RESPONSE:** Responsive documents will be produced.

2. All documents (including but not limited to communications such as email correspondence, text messages, and instant messages) referring or relating to the formation/creation of FirmKey, including but not limited to, documents and information relating to FirmKey's charter, bylaws, operating agreement, list of investors and owners, cap table(s), list of members and managers, list of directors, employment and shareholder agreements, restrictive covenants, and other communications between any co-founder, investor, employee or representative of FirmKey relating to its formation/creation and operation.

**RESPONSE:** FirmKey objects to this request as being overly broad, unduly burdensome, and not proportional to the needs of this case. Subject to and without waiving their objection, FirmKey will produce responsive documents.

3. All documents (including but not limited to communications such as email correspondence, text messages, and instant messages) referring or relating to the terms and conditions of Kohan's relationship and affiliation with FirmKey, including but not limited to, documents and information relating to Kohan's ownership interest in FirmKey, his title, his compensation structure, and agreements to which FirmKey and Kohan are parties (including any shareholder, employment and/or restrictive covenant agreement).

**RESPONSE:** FirmKey objects to this request as being overly broad, unduly burdensome, and not proportional to the needs of this case. Subject to and without waiving their objections, FirmKey will produce responsive documents.

4. Copies of all versions of Kohan's Job Description and all other documents describing Kohan's job responsibilities for FirmKey.

**RESPONSE:** No responsive documents exist.

5. All documents referring or relating to any monies, compensation, and/or remuneration or benefits of any kind paid to Kohan by FirmKey since January 1, 2023, including but not limited to pay stubs, cancelled checks, records of deposits (electronic or otherwise), W2 Forms, 1099 Forms, stock/option grant agreements, reimbursements and/or tax returns relating to such payments.

**RESPONSE:** No responsive documents exist.

6. Copies of any and all leases and other agreements relating to FirmKey's lease of office space.

**RESPONSE:** No responsive documents exist.

7. Copies of any and all credit and/or loan agreements between FirmKey and any financial institution and/or lender.

**RESPONSE:** No responsive documents exist.

8. All documents relating to any long-term incentive award(s) or other equity grants for which Kohan is eligible.

**RESPONSE:** No responsive documents exist.

9. All documents referring or relating to the Non-Competition Agreement, including but not limited to all documents containing or relating to communications between Kohan, FirmKey and/or anyone affiliated with FirmKey relating to the Non-Competition Agreement.

**RESPONSE:** No responsive document exist.

10. All press releases or announcements (whether internal or external) relating to the formation and/or launch of FirmKey.

**RESPONSE:** No responsive documents exist, other than a LinkedIn post.

11. All documents identifying the clients with which FirmKey works.

**RESPONSE:** FirmKey objects to this request as being overly broad, unduly

-3-

72389577;1

burdensome, and not proportional to the needs to the case.

12. Copies of all versions of the engagement letter(s) or other contract(s) between FirmKey and its clients.

**RESPONSE:** FirmKey objects to this request as being overly broad, unduly burdensome, and not proportional to the needs to the case. Subject to and without waiving this objection, responsive documents will be produced.

13. Copies of all versions of the engagement letter(s) or other contract(s) between FirmKey and its experts.

**RESPONSE:** Responsive documents will be produced.

14. All organizational charts of FirmKey.

**RESPONSE:** No responsive documents exist.

15. To the extent FirmKey is developing or has developed an AI-related tool or application for purposes of matching clients and experts, any and all documents relating to the development, functionality and utilization of such tool or application.

**RESPONSE:** No responsive documents exist.

16. All versions of your employee handbook(s) or manual(s).

**RESPONSE:** No responsive documents exist.

17. All versions of all policies relating to FirmKey's confidential information and/or trade secrets.

**RESPONSE:** No responsive documents exist.

18. All indemnification, hold harmless, defense and/or attorneys' fee reimbursement agreements between Kohan and FirmKey.

**RESPONSE:** Responsive documents will be produced.

-5-

19. All other agreements or contracts of any kind entered into between Kohan and FirmKey.

**RESPONSE:** No responsive documents exist.

20. All documents, including but not limited to memoranda, emails, correspondence and/or or notes, relating to any protocol, understanding or measures between Kohan and FirmKey to ensure that Kohan complies with his legal obligations to Paro (including any obligations referred to in the Non-Competition Agreement), including but not limited to any restrictions on competition, solicitation of Paro's clients, experts or employees, and non-disclosure of Paro's confidential information and trade secrets.

**RESPONSE:** No responsive documents exist.

21. All expense reports and supporting documentation (i.e., receipts and other documentation) which Kohan has submitted to FirmKey since January 1, 2023.

**RESPONSE:** No responsive documents exist.

22. A complete copy of all insurance policies or other insurance documents which may cover any judgment or settlement of any claim in the Lawsuit.

**RESPONSE:** No responsive documents exist.

23. All forms and versions of restrictive covenant agreements which FirmKey has introduced to its shareholders, principals and/or employees since January 1, 2023.

**RESPONSE:** No responsive documents exist.

24. All documents supporting or relating to your defenses and/or claims in this action.

**RESPONSE:** Firmkey objects to this request as calling for the production of privileged and work product protected documents and as being overly broad, unduly

-5-

-6-

burdensome, and not proportional to the needs of the case.

25. The complete reports of any experts or consultants who you have retained in this Lawsuit.

**RESPONSE:** No responsive documents exist.

Dated: August 24, 2023

By: */s/ Thomas G. Pasternak*
Thomas G. Pasternak
Akerman LLP
71 South Wacker Drive
47th Floor
Chicago, Illinois 60606
Telephone: (312) 634-5700
thomas.pasternak@akerman.com

72389577;1

-7-

## CERTIFICATE OF SERVICE

I, Thomas G. Pasternak, an attorney, certify that a copy of the foregoing **Defendant FirmKey Solutions LLC's Responses to Plaintiff's First Set of Requests for Production of Documents and Electronically Stored Information to Defendant FirmKey Solutions LLC** was served on this 24th day of August, 2023, via email upon:

>Chad W. Moeller (cmoeller@nge.com)
>Sonya Rosenberg (srosenger@nge.com)
>Collette A. Woghiren (cwoghiren@nge.com)
>NEAL GERBER & EISENBERG LLP
>2 N. LaSalle St., Suite 2200
>Chicago, Illinois 60602

>*/s/ Thomas G. Pasternak*
>Thomas G. Pasternak

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADMIIN INC. d/b/a PARO INC., A Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:23-cv-04430 |
| v. | ) ) | Judge Franklin U. Valderrama |
| LUKE KOHAN an individual, and FIRMKEY SOLUTIONS LLC, | ) ) ) ) | Magistrate Judge M. David Weisman |
| Defendants. | ) | |

**DEFENDANT LUKE KOHAN'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**
<u>**TO DEFENDANT LUKE KOHAN**</u>

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, and the Order of the Honorable Franklin Valderrama dated July 27, 2023, provide the following responses to Plaintiff's document requests.

<u>**GENERAL OBJECTIONS**</u>

1. FirmKey objects to providing information covered by either the attorney work product or attorney client privileges.

2. FirmKey objects to doing anything not required by the Federal Rules of Civil Procedures.

**II. REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

1. All documents identified in your answers to Paro's First Set of Interrogatories directed at you or relied upon in answering Paro's First Set of Interrogatories directed at you.

   **RESPONSE:**  Responsive documents will be produced.

72389875;1

- 2 -

2. All documents (including but not limited to communications such as email correspondence, text messages, and instant messages) referring or relating to your formation/creation of, investment in, recruitment by, hire by and employment by FirmKey, including but not limited to, documents and information relating to FirmKey's charter, bylaws, operating agreement, list of investors and owners, list of members and managers, list of directors, employment and shareholder agreements, restrictive covenants, and other communications between you and any co-founder, investor, employee or representative of FirmKey relating to your founding of, investment in, ownership of, or potential or actual employment with FirmKey.

**RESPONSE:** Kohan objects to this request as being overly broad, unduly burdensome, and not proportional to the needs of this case. Subject to and without waiving to this objection, Kohan will produce responsive documents.

3. Copies of all versions of your Job Description with FirmKey and all other documents describing your job responsibilities for FirmKey.

**RESPONSE:** No responsive documents exist.

4. All documents referring or relating to your percentage of ownership of FirmKey.

**RESPONSE:** Responsive documents will be produced.

5. All documents referring or relating to the Non-Competition Agreement, including but not limited to all documents containing or relating to communications between you, FirmKey and/or anyone affiliated with FirmKey relating to the Non-Competition Agreement.

**RESPONSE:** No responsive documents exist.

6. All press releases or announcements (whether internal or external) relating to the formation and/or launch of FirmKey.

**RESPONSE:** No responsive documents exist, other than a LinkedIn post.

72389875;1

- 3 -

7. All correspondence, including but not limited to emails, text messages and instant messages, between you and any and all co-founder(s), member(s) and shareholder(s) of FirmKey since January 1, 2023.

**RESPONSE:** Kohan objects to this request as being overly broad, unduly burdensome, and not proportional to the needs of this case.

8. All Paro documents or other property in your possession, including but not limited to any of Paro's confidential information and trade secrets.

**RESPONSE:** No responsive documents exist.

9. All documents relating to the terms and conditions of your employment with FirmKey, including compensation, benefits, start date, assignments, duties, and/or expectations.

**RESPONSE:** No responsive documents exist.

10. All documents referring or relating to any monies, compensation, and/or remuneration or benefits of any kind paid to you by FirmKey since January 1, 2023, including but not limited to pay stubs, cancelled checks, records of deposits (electronic or otherwise), W2 Forms, K-1 form, 1099 Forms, stock/option grant agreements, and/or tax returns relating to such payments.

**RESPONSE:** No responsive documents exist.

11. Copies of all FirmKey policies to which you are bound, including but not limited to policies relating to non-disclosure of FirmKey's confidential information and/or trade secrets and employee handbooks and manuals.

**RESPONSE:** No responsive documents exist.

12. All indemnification, hold harmless, defense and/or attorneys' fee reimbursement agreements between you and FirmKey.

**RESPONSE:** Responsive documents to be produced.

13. All other agreements or contracts of any kind entered into between you and FirmKey.

**RESPONSE:** Responsive documents will be produced.

14. All documents, including but not limited to memoranda, emails, correspondence and/or notes, relating to any protocol, understanding or measures between you and FirmKey to ensure that you comply with your legal obligations to Paro (including any obligations referred to in the Non-Competition Agreement), including but not limited to any restrictions on competition, solicitation of Paro's clients, employees, or other business relations, and non-disclosure of Paro's confidential information and trade secrets.

**RESPONSE:** No responsive documents exist.

15. Your Outlook or similar calendars since January 1, 2023.

**RESPONSE:** Kohan objects to this request as being overly broad, unduly burdensome, and not proportional to the needs of this case.

16. Other than business-related travel you engaged in on behalf of Paro, all documents relating to your travel schedule since January 1, 2023.

**RESPONSE:** Kohan objects to this request as being overly broad, unduly burdensome, and not proportional to the needs of this case.

17. A complete copy of all insurance policies or other insurance documents which may cover any judgment or settlement of any claim in the Lawsuit.

**RESPONSE:** No responsive documents exist.

18. Your cell phone records from January 1, 2023 to the present.

**RESPONSE:** Kohan objects to this request as being overly broad, unduly burdensome, and not proportional to the needs of this case.

19. All documents relating to any and all communications (including but not limited to email correspondence, text messages, and instant messages) since January 1, 2023, that you have had with any employee of Paro concerning your actual or potential formation of and/or employment with FirmKey and/or your resignation from Paro.

**RESPONSE:** No responsive documents exist.

20. All expense reports and supporting documentation (i.e., receipts and other documentation) which you have submitted to FirmKey since January 1, 2023.

**RESPONSE:** No responsive documents exist.

21. All documents referring or relating to any and all communications since beginning your affiliation with FirmKey, that you have had with any client of Paro, including but not limited to any actual or potential contracts, agreements, proposals, bids, presentations, marketing materials, or invoices.

**RESPONSE:** No responsive documents exist.

22. All documents referring or relating to any and all communications since beginning your affiliation with FirmKey, that you have had with any expert of Paro, including but not limited to any actual or potential contracts, agreements, proposals, bids, presentations, marketing materials, or invoices.

**RESPONSE:** Kohan objects to this request as being overly broad, unduly burdensome, and not proportional to the needs of this case.

23. All documents referring or relating to any and all communications since beginning your affiliation with FirmKey, that you have had with any employees of Paro referring or relating to and/or the potential for such Paro employee to become employed by or affiliated with FirmKey.

72389875;1

**RESPONSE:** No responsive documents exist.

24. All documents supporting or relating to your defenses and/or claims in this action.

**RESPONSE:** Kohan objects to this request as being overly broad, unduly burdensome, not proportional to the needs of this case, and in violation of the attorney client and work product privileges.

25. The complete reports of any experts or consultants who you have retained in this Lawsuit.

**RESPONSE:** No responsive documents exist.

Dated: August 24, 2023

By: */s/ Thomas G. Pasternak*
Thomas G. Pasternak
Akerman LLP
71 South Wacker Drive
47th Floor
Chicago, Illinois 60606
Telephone: (312) 634-5700
thomas.pasternak@akerman.com

- 6 -

72389875;1

- 7 -

## CERTIFICATE OF SERVICE

I, Thomas G. Pasternak, an attorney, certify that a copy of the foregoing **Defendant Luke Kohan's Responses to Plaintiff's First Set of Requests for Production of Documents and Electronically Stored Information to Defendant Luke Kohan** was served on this 24th day of August, 2023, via email upon:

>Chad W. Moeller (cmoeller@nge.com)
>Sonya Rosenberg (srosenger@nge.com)
>Collette A. Woghiren (cwoghiren@nge.com)
>NEAL GERBER & EISENBERG LLP
>2 N. LaSalle St., Suite 2200
>Chicago, Illinois 60602

>*/s/ Thomas G. Pasternak*
>Thomas G. Pasternak

72389875;1