# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ADMIIN INC., d/b/a PARO, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> LUKE KOHAN, an individual, and FIRMKEY SOLUTIONS, LLC, a Minnesota limited liability company, <br><br> Defendants. | Case No. 1:23-cv-04430 <br><br> Judge Franklin U. Valderrama <br><br> Magistrate Judge M. David Weisman |

## NOTICE OF MOTIONS, INCLUDING EMERGENCY MOTION

On September 12, 2023, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the honorable Judge M. David Weisman sitting in Room 1300, or any judge presiding in his stead, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached Plaintiff's Motion to Compel.

Dated:  September 5, 2023

                                                                Respectfully submitted,

                                                                ADMIIN INC. d/b/a PARO INC.

                                                                By:_____*Collette A. Woghiren*
                                                                         One of Its Attorneys

Chad W. Moeller (cmoeller@nge.com)
Sonya Rosenberg (srosenberg@nge.com)
Collette A. Woghiren (cwoghiren@nge.com)
NEAL GERBER & EISENBERG LLP
2 N. LaSalle St., Suite 2200
Chicago, Illinois 60602
(312) 269-8000
Firm ID: 13739

- 2 -

## **CERTIFICATE OF SERVICE**

Collette A. Woghiren, an attorney, certifies that on September 5, 2023, she caused a copy of foregoing *Notice of Motion* to be filed via this Court's CM/ECF System, which shall send notification to all counsel of record by operation of the Court's electronic filing system.

/s/     *Collette A. Woghiren*