UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Admiin Inc.
       Plaintiff,

v.                 Case No.: 1:23−cv−04430
                Honorable Franklin U. Valderrama

Luke Kohan, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 5, 2023:

  MINUTE entry before the Honorable Franklin U. Valderrama: In light of the parties engaging in expedited discovery subsequent to the Court's denial of Plaintiff's temporary restraining order [17], and the Court's entering and continuing Plaintiff's request for preliminary injunction [7], the Court sets the following briefing schedule after the conclusion of expedited discovery: (1) Plaintiff's amended memorandum in support of its request for preliminary injunction due by 09/29/2023; (2) Defendant's response due 10/04/2023; (3) Plaintiff's reply due 10/09/2023. The Court, sua sponte, strikes the preliminary injunction hearing dates of 10/11/2023 and 10/12/2023. After receipt of the briefing, the Court will inform the parties whether an evidentiary hearing date is necessary, or whether the Court will rule on the pending motion for preliminary injunction via CM/ECF. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.