## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Admiin Inc.
                Plaintiff,

v.                                          Case No.: 1:23−cv−04430
                                            Honorable Franklin U. Valderrama

Luke Kohan, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 5, 2023:

      MINUTE entry before the Honorable M. David Weisman: Plaintiff's motion to compel [30] is entered and briefed as follows: Response due 9/13/23; No reply. Motion hearing set for 9/12/23 is stricken and reset to 9/20/23 at 9:15 a.m. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.