IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADMIIN INC., d/b/a PARO, INC., a Delaware Corporation,<br><br>   Plaintiff,<br><br>v.<br><br>LUKE KOHAN, an individual, and FIRMKEY SOLUTIONS, LLC, a Minnesota limited liability company,<br><br>   Defendants. | Case No. 1:23-cv-04430<br><br>Judge Franklin U. Valderrama<br><br>Magistrate Judge M. David Weisman |

**JOINT STATUS REPORT ON DISCOVERY**

Pursuant to this Court's August 7, 2023 Minute Entry (Dkt. No. 23), Plaintiff Admiin Inc., d/b/a Paro, Inc. and Defendants Luke Kohan and FirmKey Solutions, LLC, hereby submit this joint status report detailing discovery related issues that require Court involvement:

**Motion to Compel:**

Plaintiff filed a Motion to Compel on September 5, 2023 (Dkt. No. 30). Defendants filed their Response on September 13, 2023 (Dkt. No. 34). The Motion is set for hearing on September 20, 2023 (Dkt. No. 33).

Dated: September 18, 2023

Respectfully submitted,

| | |
|---|---|
| **ADMIIN INC. d/b/a PARO INC.** | **LUKE KOHAN and FIRMKEY SOLUTIONS, LLC** |
| By: */s/ Collette A. Woghiren* | By: */s/ Thomas G. Pasternek* |
| Chad W. Moeller (cmoeller@nge.com) | Thomas G. Pasternak |
| Sonya Rosenberg (srosenger@nge.com) | Akerman LLP |
| Collette A. Woghiren (cwoghiren@nge.com) | 71 South Wacker Drive |
| NEAL GERBER & EISENBERG LLP | 47th Floor |
| 2 N. LaSalle St., Suite 2200 | Chicago, Illinois 60606 |
| Chicago, Illinois 60602 | thomas.pasternak@akerman.com |
| (312) 269-8000 | |