# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Admiin Inc.
                        Plaintiff,

v.                                                Case No.: 1:23−cv−04430
                                                Honorable Franklin U. Valderrama

Luke Kohan, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 20, 2023:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Judge status and motion hearing held. Plaintiff's motion to compel interrogatories and requests to produce [30] is granted in part and denied in part. Parties state they have resolved the dispute regarding interrogatory # 13 and request for production # 7, so that aspect of the motion to compel is denied as moot. Discussion held regarding request for production # 15; Court directs defendant to respond by 9/27/23 for reasons stated on the record. As to request for production # 22, nothing in relevant agreements refers to experts, so Court denies motion to compel response to request for production # 22. Discussion held regarding expedited discovery schedule; parties request no relief. Status hearing set for 11/15/23 at 9:15 a.m. Joint status report to be filed on 11/13/23 addressing any outstanding discovery issues. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.