UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Admiin Inc.
                    Plaintiff,

v.                                            Case No.: 1:23−cv−04430
                                                     Honorable Franklin U. Valderrama

Luke Kohan, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 21, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: Based upon Magistrate Judge Weisman's minute entry dated 09/20/2023, the parties appear to still be engaging in expedited discovery. The Court previously set the briefing schedule on the amended memorandum in support of Plaintiff's request for preliminary injunction [32] with the understanding discovery would be completed by 09/22/2023 [19]. The Court orders the parties to file a joint status report by 09/25/2023 indicating whether the briefing schedule can remain as−scheduled, or whether the parties are requesting a different briefing schedule for the preliminary injunction. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.