IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADMIIN INC., d/b/a PARO, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LUKE KOHAN, an individual, and FIRMKEY SOLUTIONS, LLC, a Minnesota limited liability company,<br><br>Defendants. | Case No. 1:23-cv-04430<br><br>Judge Franklin U. Valderrama<br><br>Magistrate Judge M. David Weisman |

**JOINT STATUS REPORT ON DISCOVERY**

Pursuant to this Court's September 21, 2023 Minute Entry (Dkt. No. 39), Plaintiff Admiin Inc., d/b/a Paro, Inc. and Defendants Luke Kohan and FirmKey Solutions, LLC, hereby submit this joint status report:

**Status of Expedited Discovery**

Plaintiff filed a Motion to Compel on September 5, 2023 (Dkt. No. 30). Defendants filed their Response on September 13, 2023 (Dkt. No. 34). On September 20, 2023, Magistrate Judge Weisman granted the Motion in part and denied the Motion in part. (Dkt. 38.) Pursuant to the Order, the Court directed Defendant Kohan to produce documents response to Plaintiff's Request for Production Number 15 by September 27, 2023. (Dkt. 38.) Upon production of Defendant Kohan's documents on or before September 27, 2023, expedited discovery will have concluded. Accordingly, the briefing schedule on the amended memorandum in support of Plaintiff's request for preliminary injunction, Dkt. 32, can remain as scheduled.

Dated: September 25, 2023

Respectfully submitted,

| | |
|---|---|
| **ADMIIN INC. d/b/a PARO INC.** | **LUKE KOHAN and FIRMKEY SOLUTIONS, LLC** |
| By: */s/ Collette A. Woghiren* | By: */s/ Thomas G. Pasternak* |
| Chad W. Moeller (cmoeller@nge.com)<br>Sonya Rosenberg (srosenger@nge.com)<br>Collette A. Woghiren (cwoghiren@nge.com)<br>NEAL GERBER & EISENBERG LLP<br>2 N. LaSalle St., Suite 2200<br>Chicago, Illinois 60602<br>(312) 269-8000 | Thomas G. Pasternak<br>Akerman LLP<br>71 South Wacker Drive<br>47th Floor<br>Chicago, Illinois 60606<br>thomas.pasternak@akerman.com |