**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Admiin Inc.
                Plaintiff,

v.                                              Case No.: 1:23−cv−04430
                                              Honorable Franklin U. Valderrama

Luke Kohan, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 26, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the joint status report on discovery [40]. The parties report that the briefing schedule on the amended memorandum in support of Plaintiffi's request for preliminary injunction [32] can remain as scheduled. Accordingly, the Court makes no changes to the previously set briefing schedule. Emailed notice (axc).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.