# EXHIBIT A

ADMIN INC. v. LUKE KOHAN, et al.
KOHAN    PORTIONS OF THIS TRANSCRIPT ARE ATTORNEYS' EYES ONLY   9/19/2023

                                                                    1

1              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
2                       EASTERN DIVISION
3   ADMIN INC., d/b/a PARO,      )
    INC., a Delaware             )
4   Corporation,                 )
                                 )
5          Plaintiff,            )
                                 ) Case No. 1:22-cv-04430
6       vs.                      )
                                 ) Judge Franklin U.
7   LUKE KOHAN, an individual,   ) Valderrama
    and FIRMKEY SOLUTIONS,       )
8   LLC, a Minnesota limited     ) Magistrate Judge M.
    liability company,           ) David Weisman
9                                )
           Defendants.           )
10
11              The deposition of LUKE KOHAN,
12  called by the Plaintiffs for examination, taken
13  pursuant to the Federal Rules of Civil Procedure
14  of the United States District Courts pertaining to
15  the taking of depositions, taken before Robin M.
16  CHIMNIAK, CSR, RMR, CLNR, taken at Two North
17  LaSalle Street, 17th Floor, Conference Room N,
18  Chicago, Illinois, on the 19th day of September,
19  2023, at the hour of 8:33 a.m.
20
21
22
23  STENOGRAPHICALLY REPORTED BY:
    Robin M. CHIMNIAK, CSR, RMR
24  State of Illinois CSR License No. 084-001999

Case: 1:23-cv-04430 Document #: 42-1 Filed: 09/26/23 Page 3 of 8 PageID #:408

ADMIN INC. v. LUKE KOHAN, et al.
KOHAN    PORTIONS OF THIS TRANSCRIPT ARE ATTORNEYS' EYES ONLY  9/19/2023

2

```
 1       PRESENT:
 2            NEAL, GERBER & EISENBERG
              CHAD W. MOELLER, ESQ.
 3            COLLETTE WOGHIREN, ESQ.
              Two North LaSalle Street
 4            Suite 1700
              Chicago, Illinois 60602
 5            312.269.8000
              CMoeller@nge.com
 6            CWoghiren@nge.com
 7                   Appeared on behalf of the
                     Plaintiffs;
 8
              AKERMAN, LLP
 9            THOMAS G. PASTERNAK, ESQ.
              71 South Wacker Drive
10            46th Floor
              Chicago, Illinois 60606
11            312.870.8019
              Thomas.pasternak@akerman.com
12
                     Appeared on behalf of the
13                   Defendants.
14
15                     * * * * *
16
17
18
19
20
21
22
23
24
```

ADMIN INC. v. LUKE KOHAN, et al.
KOHAN   PORTIONS OF THIS TRANSCRIPT ARE ATTORNEYS' EYES ONLY   9/19/2023

3

I N D E X

| WITNESS | PAGE |
|---|---|
| LUKE KOHAN | |
|   Examination By Mr. Moeller | 5 |
|   (Question Certified | 156 |
|   Examination By Mr. Pasternak | 209 |
|   Further Examination By Mr. Moeller | 211 |

QUESTION CERTIFIED

| PAGE | LINE |
|---|---|
| 157 | 20 |

QUESTION ANSWERED

E X H I B I T S

| KOHAN NUMBER | PAGE MARKED |
|---|---|
| 1 | 15 |
| 2 | 54 |
| 3 | 69 |
| 4 | 117 |
| 5 | 139 |
| 6 | 148 |
| 7 | 158 |
| 8 | 163 |
| 9 | 183 |
| 10 | 195 |

Case: 1:23-cv-04430 Document #: 42-1 Filed: 09/26/23 Page 5 of 8 PageID #:410

ADMIN INC. v. LUKE KOHAN, et al.
KOHAN        PORTIONS OF THIS TRANSCRIPT ARE ATTORNEYS' EYES ONLY  9/19/2023

```
                                                                    4
 1                    ATTORNEYS' EYES ONLY
                                              PAGE
 2

     Beginning of attorneys' eyes only         88
 3   End of attorneys' eyes only               98
     Beginning of attorneys' eyes only        172
 4   End of attorneys' eyes only              184
     Beginning of attorneys' eyes only        196
 5   End of attorneys' eyes only              197
     beginning of attorneys' eyes only        204
 6   End of attorneys' eyes only              206
     Beginning of attorneys' eyes only        206
 7   End of attorneys' eyes only              219

 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

ADMIN INC. v. LUKE KOHAN, et al.
KOHAN    PORTIONS OF THIS TRANSCRIPT ARE ATTORNEYS' EYES ONLY    9/19/2023

63

1  relating to the prospective experts that would be
2  matched with the specific client requisition?
3       A.    Occasionally, but not often.
4       Q.    Okay.  Does -- while you were at Paro,
5  did the company consider the identities of its
6  clients to be confidential?
7       A.    I'm not sure.
8       Q.    Did you consider them to be confidential?
9       A.    Not entirely.
10      Q.    Okay.  Did you consider the identities
11 of Paro's experts to be confidential?
12      A.    No.
13      Q.    Did you consider any information at
14 Paro, while you worked there, to be confidential
15 to Paro?
16      A.    Yes.
17      Q.    What type of information?
18      A.    Information about other employees.
19      Q.    Okay.  Such as what?  Compensation?
20      A.    Sure.  Compensation, monthly
21 commissions.
22      Q.    All right.  Any other information at
23 Paro that you consider to be confidential to Paro?
24      A.    Yes and no.  And I say "yes and no,"

ADMIN INC. v. LUKE KOHAN, et al.
KOHAN    PORTIONS OF THIS TRANSCRIPT ARE ATTORNEYS' EYES ONLY    9/19/2023

171



15  Q.   Do you recall which expert or vendor
16  was assigned to the ▓▓▓▓▓▓▓▓▓▓▓▓▓
17  engagement?
18  A.   Yes.
19  Q.   Who was it?
20  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
21  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23       MR. PASTERNAK:  And we're designating
24  attorneys' eyes only on these expert

ADMIN INC. v. LUKE KOHAN, et al.
KOHAN    PORTIONS OF THIS TRANSCRIPT ARE ATTORNEYS' EYES ONLY    9/19/2023

172

1    questions.
2                    (Beginning of attorneys' eyes
3             only.)
4        MR. MOELLER:  On what basis?  He just
5    testified that he doesn't consider the
6    identities of experts to be confidential.
7        MR. PASTERNAK:  He doesn't want your
8    client to know about them.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24