**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ADMIIN INC., d/b/a PARO, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> LUKE KOHAN, an individual, and FIRMKEY SOLUTIONS, LLC, a Minnesota limited liability company, <br><br> Defendants. | Case No. 1:23-cv-04430 <br><br> Judge Franklin U. Valderrama <br><br> Magistrate Judge M. David Weisman |

**NOTICE OF MOTION**

On October 2, 2023, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the honorable Judge M. David Weisman sitting in Room 1300, or any judge presiding in his stead, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached Plaintiff's Motion to Compel.

Dated: September 26, 2023

Respectfully submitted,

ADMIIN INC. d/b/a PARO INC.

By: *Collette A. Woghiren*
One of Its Attorneys

Chad W. Moeller (cmoeller@nge.com)
Sonya Rosenberg (srosenberg@nge.com)
Collette A. Woghiren (cwoghiren@nge.com)
NEAL GERBER & EISENBERG LLP
2 N. LaSalle St., Suite 1700
Chicago, Illinois 60602
(312) 269-8000

- 2 -

## **CERTIFICATE OF SERVICE**

      Collette A. Woghiren, an attorney, certifies that on September 26, 2023, she caused a copy of foregoing *Notice of Motion* to be filed via this Court's CM/ECF System, which shall send notification to all counsel of record by operation of the Court's electronic filing system.

      /s/     *Collette A. Woghiren*

- 2 -