# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ADMIIN INC., d/b/a PARO, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LUKE KOHAN, an individual, and FIRMKEY SOLUTIONS, LLC, a Minnesota limited liability company,<br><br>Defendants. | Case No. 1:23-cv-04430<br><br>Judge Franklin U. Valderrama<br><br>Magistrate Judge M. David Weisman |

## PLAINTIFF'S APPENDIX OF EXHIBITS IN FURTHER SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION

**Tab A** – Excerpts from Deposition of Defendant Luke Kohan and Deposition Exhibits

**Tab B** – Declaration of Michael Burdick and Declaration Exhibit

Dated: September 29, 2023

Respectfully submitted,

**ADMIIN INC., d/b/a PARO, INC.**

By: /s/ *Chad W. Moeller*
One of Its Attorneys

Chad W. Moeller (cmoeller@nge.com)
Sonya Rosenberg (srosenger@nge.com)
Collette A. Woghiren (cwoghiren@nge.com)
NEAL GERBER & EISENBERG LLP
2 N. LaSalle St., Suite 2200
Chicago, Illinois 60602
(312) 269-8000

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Plaintiff's Appendix of Exhibits in Further Support of Its Motion for Preliminary Injunction** was served on the following

Thomas G. Pasternak
Akerman LLP
71 South Wacker Drive
47th Floor
Chicago, Illinois 60606
thomas.pasternak@akerman.com

via the Court's electronic filing system on September 29, 2023.

                                                               /s/ *Chad W. Moeller*
                                                                    One of Plaintiff's Attorneys

35651943.1