# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Admiin Inc.

        Plaintiff,

v.

Luke Kohan, et al.

        Defendant.

Case No.: 1:23−cv−04430
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 2, 2023:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court denies Plaintiff Admiin, Inc., d/b/a Paro, Inc.'s motion for leave to file exhibits under seal instanter [48] without prejudice because Plaintiff has failed to clearly indicate in the motion whether the motion is opposed or unopposed. Pursuant to the Court's Standing Order, "[b]efore filing a motion, the movant's counsel must ask opposing counsel whether there is an objection to the motion. The motion should clearly indicate whether it is opposed or unopposed." By 10/05/2023, Plaintiff may file another motion for leave to file exhibits under seal, and in that motion Plaintiff must clearly indicate whether the motion is opposed or unopposed. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.