Gmail            **Luke Kohan <lukekohan5@gmail.com>**

# Welcome to Paro- Onboarding Info
1 message

**Randi Jakubowitz** <randi@paro.io>          Fri, Oct 2, 2020 at 1:41 PM
To: lukekohan5@gmail.com
Cc: Michael Graham <mgraham@paro.io>, Jon Repka <jon@paro.io>

Hi Luke-

Congrats on your offer & we are thrilled about having you join Paro! In order to get things ready for you, can you please take a few minutes to sign off on the following items:

- Your offer letter will be delivered shortly to your email via Hellosign for review & signature (it may come from Michael Burdick, our CEO)
- Please electronically sign our **Non-disclosure & innovations agreement** (click the link and it will take you to the appropriate page to sign).
- We will need for you to electronically sign Paro's **Employee Handbook** (click the link and it will take you to the appropriate page to sign).
- Please complete this **Electronic Onboarding Form** so we can get you set up in the payroll & benefit systems

Attached is the benefit guide. If you start on 10/19, your benefits will start on 11/1.

Please let us know if you would like to pick up your computer from our River North office or if you would like us to ship this to you. If shipped, please confirm the address where you would like this sent.

Let me know if you have any questions.

Best,
Randi

--
--
 RANDI JAKUBOWITZ          VP, People
Pronouns: she, her, hers          p 914 263 4425

○ PARO            

📄 **4.1.2020 Paro Benefit Guide (1) (1) (1).pdf**
  1283K

**EXHIBIT B-1**