Page 1

1           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
2                   EASTERN DIVISION

3

4

5   ADMIIN, INC. d/b/a PARO, INC.,    )
    a Delaware corporation,           )
6                                     )
            Plaintiff,                )
7                                     )
        vs.                           ) No. 1:23-cv-04430
8                                     )
    LUKE KOHAN, an individual, and    )
9   FIRMKEY SOLUTIONS, LLC,           )
                                      )
10          Defendants.               )
11

12

13          Videotaped 30(b)(6) deposition of PARO, INC.,
14   by and through its representative MICHAEL CHEN, taken
15   before NADINE J. WATTS, CSR, RPR, and Notary Public,
16   pursuant to the Federal Rules of Civil Procedure for the
17   United States District Courts pertaining to the taking
18   of depositions, at Suite 4700, 71 South Wacker Drive, in
19   the City of Chicago, Cook County, Illinois, commencing
20   at 11:06 a.m. on the 20th day of September, A.D., 2023.
21

22

23

24

**EXHIBIT C-1**

1    seeing a LinkedIn post where -- by which Luke Kohan

2    announced the launch of FirmKey.  It makes mention of,

3    you know, being open for business I think is what

4    essentially the gist of the message was.

5         Q   Does that LinkedIn post have anything to do with

6    misappropriation?

7         MS. WOGHIREN:  I'm going to object to the extent

8    misappropriation is a legal term.  You can answer to the

9    extent you understand.

10        THE WITNESS:  I'm not sure, but I think it gives

11   Paro concern as to what the intentions are and, you

12   know, the announcement and the existence of FirmKey.

13        MR. PASTERNAK:  Can you scroll up?  A little more.

14   A little more.  Stop.

15        What irreparable harm has Paro suffered due to

16   the alleged misappropriation?

17        MS. WOGHIREN:  I'm just going to object.  It calls

18   for irreparable harm, which is a legal conclusion.  But

19   you can answer.

20        THE WITNESS:  I think in a similar vein as my

21   previous answer, there's quite a concern about the harm

22   or damage that FirmKey and its existence and what that

23   might mean for Paro's business, what that could do as

24   far as, you know, potentially hiring or poaching Paro

**EXHIBIT  C-2**

Page 68

1    clients or experts to come work for FirmKey and no

2    longer work at Paro -- or no longer work for Paro.

3    Sorry.

4        MR. PASTERNAK:   Q   Has it suffered any irreparable

5    harm yet?

6        A   At this time, not that I'm aware of.

7        Q   Did Mr. Kohan solicit any Paro customers?

8        A   A clarifying question.  You're referring to

9    its --

10       Q   I should have said --

11       A   -- clients or experts?

12       Q   Its clients.

13       A   Yeah.

14       Q   Its clients.

15       A   Clients.

16       Q   I should have said clients.

17       A   As of this hearing, I'm not aware of a

18   solicitation of Paro clients.  I believe that discovery

19   is still ongoing.  But at this time I'm not aware of any

20   solicit -- direct solicitation of Paro clients.

21       Q   Are you aware --

22       MR. MOELLER:  You mean other than what he's already

23   testified to, right, Tom?

24       MR. PASTERNAK:  No.  I'm asking if he can testify

EXHIBIT C-3

1    about any solicitation.

2        MR. MOELLER:  I think he's already answered that

3    question.

4        MR. PASTERNAK:  I haven't -- Well, that's okay.  I

5    haven't asked him that question.

6        THE WITNESS:  I stand by my answer there.

7        MR. PASTERNAK:  Q   Have there been any -- then have

8    there been any damages due to solicitation?

9        A   At this time, not that I'm aware of.

10       Q   Do you know who Andrew Bonaventura is?

11       A   I do know who Andrew Bonaventura is, yes.

12       Q   Who is that?

13       A   Andrew Bonaventura is -- or Drew, is a former

14   employee of Paro.

15       Q   And did you send him a cease and desist letter

16   for something?

17       MS. WOGHIREN:  I'm going to object to the question

18   asking you.  Are you talking about Paro or --

19       MR. PASTERNAK:  Paro.

20       MS. WOGHIREN:  -- Mr. Chen?

21       THE WITNESS:  Paro, with support from our legal

22   counsel, did send Makosi and also -- and I believe also

23   Drew himself a cease and desist letter for violation of

24   a non-compete and confidentiality agreement.

**EXHIBIT C-4**

Page 82

1  STATE OF ILLINOIS  )

                      )  SS:

2  COUNTY OF C O O K  )

3          The within and foregoing deposition of the

4  aforementioned witness was taken before NADINE J. WATTS,

5  CSR, RPR and Notary Public, at the place, date and time

6  aforementioned.

7          There were present during the taking of the

8  deposition the previously named counsel.

9          The said witness was first duly sworn and was

10  then examined upon oral interrogatories; the questions

11  and answers were taken down in shorthand by the

12  undersigned, acting as stenographer and Notary Public;

13  and the within and foregoing is a true, accurate and

14  complete record of all of the questions asked of and

15  answers made by the forementioned witness, at the time

16  and place hereinabove referred to.

17          The signature of the witness was not waived,

18  and the deposition was submitted, pursuant to Rules

19  30(e) of the Rules of Civil Procedure for the United

20  States District Courts, to the deponent per copy of the

21  attached letter.

22          The undersigned is not interested in the

23  within case, nor of kin or counsel to any of the

24  parties.

**EXHIBIT  C-5**

Page 83

1        Witness my official signature and seal as

2   Notary Public in and for Cook County, Illinois on this

3   22nd day of September, A.D. 2023.

4

5                          *Nadine J. Watts*

                           NADINE J. WATTS, CSR, RPR

6                          License No. 084-002736

                           Notary Public

7                          One North Franklin Street

                           Suite 3000

8                          Chicago, Illinois 60606

                           Phone:  (312) 442-9087

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

EXHIBIT  C-6