IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADMIIN INC. d/b/a PARO INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:23-cv-04430 |
| v. | ) ) ) |
| LUKE KOHAN an individual, and FIRMKEY SOLUTIONS LLC, a Minnesota limited liability company, | ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' OPPOSITION TO PARO'S MOTION TO COMPEL

Paro has moved to compel to de-designate evidence that this Court has already found to be irrelevant. Its motion should be denied for that reason.

This Court in ruling on Paro's previous motion to compel FirmKey's communications with its experts, denied the motion and held that experts were irrelevant to this case. While the experts may not be confidential, they are irrelevant, as the Court has held, and Paro has no need to know who Defendants' experts are. Defendants reasonably allowed AEO questioning on the issue, but the client itself does not need to know irrelevant information. Additionally, Paro has made the smart decision not to assert a misappropriation of trade secrets claim in its motion for a Preliminary Injunction, making the information even further irrelevant.

Plaintiff's motion regarding FirmKey's experts should be denied.

Date: October 6, 2023

Respectfully submitted,

/s/ *Thomas G. Pasternak*
Thomas G. Pasternak
Akerman LLP
71 South Wacker Drive

73115078;1

- 2 -

        46th Floor
        Chicago, IL 60606
        Telephone: (312) 634-5700
        Facsimile: (312) 424-1900

        Attorneys for Defendants,
        *Luke Kohan and*
        *FirmKey Solutions LLC*

## CERTIFICATE OF SERVICE

I certify that on October 6, 2023 I filed a true and correct copy of the foregoing **DEFENDANTS' OPPOSITION TO PARO'S MOTION TO COMPEL** with the court using the ECF system, which will provide notice and a copy to counsel of record:

>Chad W. Moeller
>Sonya Rosenberg
>Collette A. Woghiren
>NEAL GERBER & EISENBERG LLP
>2 N. LaSalle St., Suite 2200
>Chicago, IL 60602
>cmoeller@nge.com
>srosenger@nge.com
>cwoghiren@nge.com

>/s/ *Thomas G. Pasternak*
>Thomas G. Pasternak