# EXHIBIT 1

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ADMIIN, INC. d/b/a PARO, INC.,      )
a Delaware corporation,             )
                                    )
        Plaintiff,                  )
                                    )
    vs.                             ) No. 1:23-cv-04430
                                    )
LUKE KOHAN, an individual, and      )
FIRMKEY SOLUTIONS, LLC,             )
                                    )
        Defendants.                 )

Videotaped 30(b)(6) deposition of PARO, INC., by and through its representative MICHAEL CHEN, taken before NADINE J. WATTS, CSR, RPR, and Notary Public, pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, at Suite 4700, 71 South Wacker Drive, in the City of Chicago, Cook County, Illinois, commencing at 11:06 a.m. on the 20th day of September, A.D., 2023.

```
                                                        Page 2
 1           There were present at the taking of this
 2   deposition the following counsel:
 3           NEAL GERBER & EISENBERG, LLP by
             MS. COLLETTE A. WOGHIREN
 4           MR. CHAD W. MOELLER
             2 North LaSalle Street
 5           Suite 1700
             Chicago, Illinois  60602
 6           (312) 269-5990
             cwoghiren@nge.com
 7           cmoeller@nge.com
 8              on behalf of the Plaintiff;
 9           AKERMAN, LLP by
             MR. THOMAS G. PASTERNAK
10           71 South Wacker Drive
             Suite 4700
11           Chicago, Illinois
             (312) 634-5700
12           thomas.pasternak@akerman.com
13              on behalf of the Defendants.
14
15
16   ALSO PRESENT:  Mr. Luke Kohan
                    Mr. Nick Page, Veritext videographer
17
18
19
20
21
22
23
24
```

```
 1      VIDEOTAPED 30(b)(6) DEPOSITION OF MICHAEL CHEN
 2                TAKEN SEPTEMBER 20, 2023
 3
 4   EXAMINATION BY                                    PAGE
 5   Mr. Thomas G. Pasternak                              5
 6
     SECTIONS REQUESTED TO BE MARKED    34, 35, 47, 52, 53,
 7                                      56, 57, 58, 59, 61,
                                        63, 70, 77
 8
 9                    * * * * * * * *
10                        EXHIBITS
11                                                     PAGE
12   DEFENDANTS' DEPOSITION EXHIBIT 1                    13
        Defendants' First Revised
13      Rule 30(b)(6) Notice of Deposition
        to Admiin, Inc. d/b/a Paro, Inc.
14
     DEFENDANTS' DEPOSITION EXHIBIT 2                    28
15      PARO 00028 - 00040
        Non-Competition, Non-Solicitation,
16      Non-Disclosure and Invention Assignment
        Agreement
17
     DEFENDANTS' DEPOSITION EXHIBIT 3                    42
18      Plaintiff Admiin, Inc. d/b/a Paro,
        Inc.'s Supplemental Objections and
19      Answers to Defendants Luke Kohan's
        and FirmKey Solutions, LLC's
20      Interrogatories
21
22
23
24
```

Page 66

1  password protection and security of any applications for
2  which trade secrets may be kept.
3       MR. PASTERNAK:  Q   Anything else?
4       A   Not that I'm aware of.
5       MR. PASTERNAK:  All right.  This is probably a good
6  time to break for lunch.  Go off the record.
7       THE VIDEOGRAPHER:  Off the record at 12:49.
8           (Lunch recess was taken.)
9       THE VIDEOGRAPHER:  Back on the record at 1:49.
10      MR. PASTERNAK:  Q   Afternoon, Mr. Chen.
11      A   Good afternoon.
12      Q   Did Mr. Kohan misappropriate Paro's trade
13  secrets?
14      A   As of -- as of this hearing, I don't have any
15  factual evidence to prove that there have been
16  misappropriation of the trade secrets.  Full stop.
17      Q   Do you have any other type of evidence other
18  than factual?
19      A   One such example, as far as just concerns and
20  misappropriation or violation of previously mentioned
21  agreements, like specifically Exhibit 2, is the
22  solicitation of Paro's customers or -- and/or clients or
23  experts.
24              And that is in the form of -- I think I recall

Page 67

1  seeing a LinkedIn post where -- by which Luke Kohan
2  announced the launch of FirmKey.  It makes mention of,
3  you know, being open for business I think is what
4  essentially the gist of the message was.
5      Q   Does that LinkedIn post have anything to do with
6  misappropriation?
7      MS. WOGHIREN:  I'm going to object to the extent
8  misappropriation is a legal term.  You can answer to the
9  extent you understand.
10     THE WITNESS:  I'm not sure, but I think it gives
11 Paro concern as to what the intentions are and, you
12 know, the announcement and the existence of FirmKey.
13     MR. PASTERNAK:  Can you scroll up?  A little more.
14 A little more.  Stop.
15         What irreparable harm has Paro suffered due to
16 the alleged misappropriation?
17     MS. WOGHIREN:  I'm just going to object.  It calls
18 for irreparable harm, which is a legal conclusion.  But
19 you can answer.
20     THE WITNESS:  I think in a similar vein as my
21 previous answer, there's quite a concern about the harm
22 or damage that FirmKey and its existence and what that
23 might mean for Paro's business, what that could do as
24 far as, you know, potentially hiring or poaching Paro