## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Admiin Inc.
      Plaintiff,

v.               Case No.: 1:23−cv−04430
                 Honorable Franklin U. Valderrama

Luke Kohan, et al.
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 11, 2023:

  MINUTE entry before the Honorable Franklin U. Valderrama: The Court is in receipt of the supplemental briefing on Plaintiff's motion for preliminary injunction, which remains under advisement. By 10/17/2023, the Court orders the parties to file a joint status report regarding whether the parties jointly request a settlement conference before Judge Weisman. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.